IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:08CR380 |
| | ) | |
| v. | ) | |
| | ) | |
| STEVE KISSEBERTH, | ) | ORDER |
| RICHARD CONWAY, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff's motion to file sealed motions (Filing No. 126). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; Filing Nos. 127 and 128 shall remain sealed until further order of the Court.

DATED this 28th day of December, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court