IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )            8:08CR380
                             )
        v.                   )
                             )
RICHARD R. CONWAY,           )               ORDER
                             )
            Defendant.       )
_____)


          This matter is before the Court on defendant's motion

for permission to seal sentencing memorandum (Filing No. 132).

The Court finds the motion should be granted.  Accordingly,

          IT IS ORDERED that the motion is granted; the

sentencing memorandum shall remained sealed until further order

of the Court.

          DATED this 9th day of January, 2011.

                         BY THE COURT:

                         /s/ Lyle E. Strom
                         _____
                         LYLE E. STROM, Senior Judge
                         United States District Court